AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCUS COOK,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 121-161

CAPTAIN GAINS, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 10, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's complaint is dismissed without prejudice, and this civil action stands closed.

January 10, 2022  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(signature)*  
(By) Deputy Clerk

GAS Rev 10/2020